## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Glen Llewellyn Jenkins  
               Debtor(s)

BK NO. 23-02808 MJC

Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust Series 2006-FRE1 Asset-Backed Pass-Through Certificates and index same on the master mailing list.

                              Respectfully submitted,

                              /s/ Michael Farrington  
                              Michael Farrington  
                              20 Dec 2023, 12:09:17, EST

                              KML Law Group, P.C.  
                              BNY Mellon Independence Center  
                              701 Market Street, Suite 5000  
                              Philadelphia, PA  19106  
                              215-627-1322