FILED
**December 29, 2023**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

Label Matrix for local noticing - **AMENDED.**

Case No.

Middle District of Pennsylvania

Williamsport

DEBTOR:

Glen L. Jenkins

Mailing Address:

PO Box 914

State College, PA 16804-0914

Street Address:

335 S. Buckhout Street

State College, PA 16801-3927

Borough of State College

Dept of Public Works - Refuse

243 S Allen Street

State College, PA 16801

Capital One Mastercard

PO Box 71087

Charlotte, NC 28272-1087

Carrington Mortgage Services, LLC

Attn: Research

PO Box 5001

Westfield, IN 46074-5001

**XXXXXXXXXXXXXXXXXXX**

**XXXXXXXXXXXXXXXXXXXX**

**XXXXXXXXXXXXXXXXXXXX**

Crawford County Tax Claim Bureau

Crawford County Courthouse

903 Diamond Square

Meadville, PA 16335-2640

East End Food Cooperative FCU

7516 Meade Street

Pittsburgh, PA 15208-2549

Internal Revenue Service

PO Box 7346

Philadelphia, PA 19101-7346

Mastercard – Capital One

PO Box 71087

Charlotte, NC 28272-1087

Mastercard – Clearview FCU

8805 University Drive

Moon Twp, PA 15108-4212

N&S Shenango Jnt Municipal Authority

3334 Water Trail Drive

Jamestown, PA 16134

Pennsylvania Department of Revenue

Bankruptcy Division

PO Box 280946

Harrisburg, PA 17128-0946