# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    GLEN LLEWELLYN JENKINS          CHAPTER 13

             Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE            CASE NO: 4-23-02808-MJC
             Movant
vs.
GLEN LLEWELLYN JENKINS

             Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on January 3, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1) A Petition under Chapter 13 was filed on December 14, 2023.

2) The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

     **- CHAPTER 13 PLAN**

3) If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

                                               Respectfully submitted,

                                               /s/ Agatha R. McHale, Esquire
                                               ID: 47613
                                               Attorney for Movant
                                               Jack N. Zaharopoulos
                                               Standing Chapter 13 Trustee
                                               Suite A, 8125 Adams Drive
                                               Hummelstown, PA 17036
                                               Phone: (717) 566-6097
                                               email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   GLEN LLEWELLYN JENKINS                 CHAPTER 13

                                                CASE NO: 4-23-02808-MJC

## NOTICE

NOTICE IS HEREBY GIVEN THAT The debtor(s) filed a Chapter13 Bankruptcy Petition on December 14, 2023.

Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file required documents indicated below.

   **- CHAPTER 13 PLAN**

A hearing with the Court has been scheduled for:

| | |
|---|---|
| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>Courtroom #2<br>197 S. Main Street<br>Wilkes Barre, PA  18701 | Date:  February 1, 2024<br><br>Time:  10:00 AM |

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **January 17, 2024**.  If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date.  If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Dated:   January 3, 2024                        Respectfully submitted,

                                                /s/   Agatha R. McHale, Esquire
                                                ID:  47613
                                                Attorney for Movant
                                                Jack N. Zaharopoulos
                                                Standing Chapter 13 Trustee
                                                Suite A, 8125 Adams Drive
                                                Hummelstown, PA 17036
                                                Phone:  (717) 566-6097
                                                email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: GLEN LLEWELLYN JENKINS

CHAPTER 13

CASE NO: 4-23-02808-MJC

Debtor(s)

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on January 3, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by First Class mail

GLEN LLEWELLYN JENKINS
PO BOX 914
STATE COLLEGE, PA 16804-0914

I certify under penalty of perjury that the foregoing is true and correct.

Date: January 3, 2024

/s/ Vickie Williams
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: GLEN LLEWELLYN JENKINS

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 4-23-02808-MJC

vs.
GLEN LLEWELLYN JENKINS

Respondent(s)

**ORDER DISMISSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED. The Court retains jurisdiction to rule on any timely filed fee application.