**Fill in this information to identify your case:**

Debtor 1: Glen Llewellyn Jenkins
Debtor 2 (Spouse, if filing): 
United States Bankruptcy Court for the: Middle District of Pennsylvania
Case number (If known): 4:23-bk-02808

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A: Amount of claim (Do not deduct the value of collateral.) | Column B: Value of collateral that supports this claim | Column C: Unsecured portion If any |
|---|---|---|---|---|
| 2.1 | Creditor's Name: Borough of State College, 243 S. Allen Street, State College, PA 16801. Describe the property that secures the claim: 335 S. Buckhout Street, State College, PA 16801-3927. As of the date you file, the claim is: ☐ Contingent ☑ Unliquidated ☑ Disputed. Who owes the debt? ☑ Debtor 1 only. Nature of lien: ☑ Other (including a right to offset) Refuse, Recycle. Date debt was incurred 06/19/2019. Last 4 digits of account number 3 3 5 0 | $1,344.25 | $ | $ |
| 2.2 | Creditor's Name: Borough of State College, 243 S. Allen Street, State College, PA 16801. Describe the property that secures the claim: 335 S. Buckhout Street, State College, PA 16801-3927. As of the date you file, the claim is: ☐ Contingent ☑ Unliquidated ☑ Disputed. Who owes the debt? ☑ Debtor 1 only. Nature of lien: ☑ Other (including a right to offset) Refuse, Recycle. Date debt was incurred 09/20/2022. Last 4 digits of account number 3 3 5 0 | $1,897.96 | $ | $ |

Add the dollar value of your entries in Column A on this page. Write that number here: **$3,242.21**

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 2

## Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

### 2.3 Carrington Mortgage Services

**Creditor's Name**
Attention: Research
PO Box 5001
Westfield, IN

Describe the property that secures the claim:
335 S. Buckhout Street
State College, PA 16801-3927

$748,553.76  $575,000.00  $

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who owes the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred 12/21/2023    Last 4 digits of account number 0 3 4 4

### 2.5 Crawford Co. Tax Claim Bureau

**Creditor's Name**
Crawford Co. Courthouse
903 Diamond Square
Meadville, PA 16335

Describe the property that secures the claim:
355 Shenango Drive, Westford, PA 16134

$902.51  $2,000.00  $

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Who owes the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred 01/01/2022    Last 4 digits of account number 7 1 3 8

### 2.5 PA Department of Revenue

**Creditor's Name**
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128

Describe the property that secures the claim:
Taxes owed to the State of Pennsylvania

$769.31  $  $

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Who owes the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred 12/18/2023    Last 4 digits of account number 1 8 8 9

Add the dollar value of your entries in Column A on this page. Write that number here: $753,467.79

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $753,467.79