FILED
**January 18, 2024**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVNIA

| | |
|---|---|
| IN RE: GLEN LLEWELLYN JENKINS | CHAPTER 13 |
| Debtor | |
| | |
| JACK N. ZAHAROPOULOS | |
| CHAPTER13 TRUSTEE | CASE NO: 4-23-02808-MJC |
| Movant | |
| vs. | |
| GLEN LLEWELLYN JENKINS | |
| Respondent | |

## DEBTOR/RESPONDENT'S OBJECTION/RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on January 17, 2024, Glen Llewellyn Jenkins, Debtor/Respondent, Pro Se, provides this objection/response to the Trustee's Motion to Dismiss Case:

1. Debtor Glen Llewellyn Jenkins (Debtor) filed his Chapter 13 Plan on this day January 17, 2024 by the stated deadline in the Trustee's Motion to Dismiss Casse, by the EDSS. Further, the Debtor has completed filing of all forms and schedules currently required.

2. Please refer to Section 9, Nonstandard Plan Provisions with its Attachment in the

    Debtor's filed Chapter 13 Plan.

3. Further, the Debtor provides objections and responses to the Trustee's Motion to Dismiss Case below.

a. Debtor's single major bankruptcy debt is a home mortgage loan with Carrington Mortgage Services, LLC (CMS) for his primary residence/income generating property.

The Debtor's goal in his Chapter 13 Bankruptcy case is, with the cooperation of CMS, to fully cure the arrearages of the CMS mortgage loan and resume regular, monthly mortgage payments to the lender. The Debtor notably is to pursue a loan modification package in his Plan, currently, with CMS utilizing his increased, and pending increase in income.

b. Debtor requests of the Court a minimum 30 to 60 days postponement of actions (aside from the pending 341 Meeting of January 29, 2024) for submitting, with assistance of a pending retained, experienced, professional/legal counsel the Debtor's loan modification package to CMS.

The professional/legal counsel may continue work with CMS on Debtor's behalf on the loan modification package towards a successful end result.

Further, the Debtor requests from this Court protection during his Plan implementation from lifting of the automatic stay by CMS, and from the rescheduled Sheriff Sale of the property in Centre County on March 14, 2024, subsequent to a default mortgage foreclosure judgment on the property which occurred in October 2020 during a lockdown period of the Covid-19 Pandemic.

Dated: January 17, 2024         Respectfully submitted,

/s/ Glen Llewellyn Jenkins, Debtor Pro Se
Case No. 4:23-bk-02808
Po Box 914
State College, PA  16804-0914
g.jenkins1@yahoo.com

VERIFICATION

I verify that the statements made in this **DEBTOR/RESPONDENT'S OBJECTIONS/RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE** are true and correct. I understand that false statements herein are made subject to the penalties relating to unsworn falsification to authorities.

Date: January 17, 2024

/s/ Glen L. Jenkins
Glen Llewellyn Jenkins, Debtor, pro se
4:23-bk-02808
814/222-5050
g.jenkins1@yahoo.com

CERTIFICATE OF SERVICE

      I, Glen L. Jenkins, Debtor pro se, hereby certify that on the 17th day of January 2024, I served the following with a true and correct copy of the **DEBTOR/RESPONDENT'S OBJECTIONS/RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE** on the following parties, via certified 1st Class mail and /or electronically:

| | |
|---|---|
| UNITED STATES TRUSTEE | CLERK OF THE BANKRUPTCY COURT |
| 1501 NORTH 6TH STREET | SYLVIA RAMBO U.S. COURTHOUSE |
| BOX 302 | 1501 N. 6TH STREET |
| HARRISBURG, PA 17102 | HARRISBURG, PA 17102 |

AGATHA R. McHALE, esq.

ATTORNEY FOR MOVANT

JACK N. ZARAHOPOULOS

STANDING CHAPTER 13 TRUSTEE

SUITE A, 8125 ADAMS DRIVE

HUMMELSTOWN, PA 17036

email: amchale@pamd13trustee.com

I certify that the statements made in this certificate of service are true and correct.

Date: <u>January 17, 2024</u>

                <u>/s/ Glen L. Jenkins</u>
                Glen Llewellyn Jenkins, Debtor, pro se
                 4:23-bk-02808
                814/222-5050
                g.jenkins1@yahoo.com