**Fill in this information to identify your case:**

Debtor 1: Glen Llewellyn Jenkins
Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number (If known): 4:23-02808

☐ Check if this is an amended filing

FILED
January 11, 2024
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on **Schedule A/B: Property** (Official Form 106A/B) and on **Schedule G: Executory Contracts and Unexpired Leases** (Official Form 106G). Do not include any creditors with partially secured claims that are listed in **Schedule D: Creditors Who Have Claims Secured by Property.** If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Non priority amount |
|---|---|---|---|---|

**2.1** Priority Creditor's Name: Internal Revenue Service
Number Street: PO Box 7346
City: Philadelphia  State: PA  ZIP Code: 19101

Last 4 digits of account number _1_ _n_ _n_ -_1_
When was the debt incurred? 01/04/2024

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Total claim: $1,815.52  Priority amount: $936.31  Non priority amount: $.000

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☒ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2** Priority Creditor's Name: _____
Number Street: _____
City: _____  State: ____  ZIP Code: _____

Last 4 digits of account number _ _ _ _
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $____  Priority amount: $____  Non priority amount: $____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1 **Glen Llewellyn Jenkins** Case number (if known) 4:23-02808

## Part 1: Your PRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Non priority amount |

☐
Priority Creditor's Name
_____
Number       Street
_____
_____
City           State    ZIP Code

**Who incurred the debt?** Check one.
○ Debtor 1 only
○ Debtor 2 only
○ Debtor 1 and Debtor 2 only
○ At least one of the debtors and another

○ Check if this claim is for a community debt

Is the claim subject to offset?
○ No
○ Yes

**Last 4 digits of account number** ___ ___ ___ ___    $_____  $_____  $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
○ Contingent
○ Unliquidated
0  Disputed

**Type of PRIORITY unsecured claim:**
○ Domestic support obligations
○ Taxes and certain other debts you owe the government
○ Claims for death or personal injury while you were intoxicated
○ Other. Specify _____

---

☐
Priority Creditor's Name
_____
Number       Street
_____
_____
City           State    ZIP Code

**Who incurred the debt?** Check one.
○ Debtor 1 only
○ Debtor 2 only
○ Debtor 1 and Debtor 2 only
○ At least one of the debtors and another

○ Check if this claim is for a community debt

Is the claim subject to offset?
0 No
○ Yes

**Last 4 digits of account number** ___ ___ ___ ___    $_____  $_____  $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
○ Contingent
○ Unliquidated
○ Disputed

**Type of PRIORITY unsecured claim:**
○ Domestic support obligations
○ Taxes and certain other debts you owe the government
○ Claims for death or personal injury while you were intoxicated
○ Other. Specify _____

---

☐
Priority Creditor's Name
_____
Number       Street
_____
_____
City           State    ZIP Code

**Who incurred the debt?** Check one.
○ Debtor 1 only
○ Debtor 2 only
○ Debtor 1 and Debtor 2 only
○ At least one of the debtors and another

○ Check if this claim is for a community debt

Is the claim subject to offset?
○ No
○ Yes

**Last 4 digits of account number** ___ ___ ___ ___    $_____  $_____  $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
○ Contingent
○ Unliquidated
○ Disputed

**Type of PRIORITY unsecured claim:**
○ Domestic support obligations
○ Taxes and certain other debts you owe the government
○ Claims for death or personal injury while you were intoxicated
○ Other. Specify _____

| Debtor 1 | Glen | Llewellyn | Jenkins | Case number (if known) 4:23-02808 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3.** Do any creditors have nonpriority unsecured claims against you?
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☒ Yes

**4.** List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                                                   Total claim

**4.1**
**Capital One Mastercard**
Nonpriority Creditor's Name
PO Box 71087
Number          Street
Charlotte          NC          28272
City               State       ZIP Code

Last 4 digits of account number  _7_ _ _ _2_ _      $ 1,200.00
When was the debt incurred?  12/14/2023

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _Credit Card_

**4.2**
**Clearview FCU Mastercard**
Nonpriority Creditor's Name
8805 University Drive
Number          Street
Pittsburgh          PA          15108
City               State       ZIP Code

Last 4 digits of account number  _1_ _1_ _1_ _1_      $ 3,287.19
When was the debt incurred?  12/14/2023

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _Credit Card_

**4.3**
**East End Food Cooperative FCU**
Nonpriority Creditor's Name
7516 Meade Street
Number          Street
Pittsburgh          PA          15208
City               State       ZIP Code

Last 4 digits of account number  _0_ _ _ _0_ _      $ 885.34
When was the debt incurred?  12/14/2023

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _Personal installment loan._

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 2 of _9_

Debtor 1  Glen Llewellyn Jenkins       Case number (if known) 4:23-02808

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                       Total claim

---

| East End Food Cooperative FCU | Last 4 digits of account number  _Q_ _Q_ _ _ _ _ | $ 2,830.46 |

Nonpriority Creditor's Name
7516 Meade Street
Number    Street
Pittsburgh                      PA        15208
City                            State     ZIP Code

When was the debt incurred? 12/14/2023

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify __Personal installment loan.__

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

Nonpriority Creditor's Name
_____
Number    Street
_____
City                            State     ZIP Code

Last 4 digits of account number ___ _ ___       $ ____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

Nonpriority Creditor's Name
_____
Number    Street
_____
City                            State     ZIP Code

Last 4 digits of account number ___ _ ___       $ ____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

| Debtor 1 | Glen | Llewellyn | Jenkins | Case number (if known) 4:23-02808 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | Total claim |
|---|---|---|---|
| 6a. Domestic support obligations | 6a. | $ | 0.00 |
| 6b. Taxes and certain other debts you owe the government | 6b. | $ | 1,815.52 |
| 6c. Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. | + $ | 0.00 |
| 6e. Total. Add lines 6a through 6d. | 6e. | $ | 1,815.52 |

**Total claims from Part 2**

| | | | Total claim |
|---|---|---|---|
| 6f. Student loans | 6f. | $ | 0.00 |
| 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ | 8,202.99 |
| 6j. Total. Add lines 6f through 6i. | 6j. | $ | 8,202.00 |

Official Form 106E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page of