United States Bankruptcy Court
Middle District of Pennsylvania

In re:             Case No. 23-02808-MJC
Glen Llewellyn Jenkins             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4        User: AutoDocke        Page 1 of 2
Date Rcvd: Jan 19, 2024        Form ID: ntnew341        Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Glen Llewellyn Jenkins, PO Box 914, State College, PA 16804-0914 |
| 5583971 | | East End Food Cooperative FCU, 7516 Meade Street, Pittsburgh, PA 15208-2549 |
| 5583974 | | Mastercard - Clearview FCU, 8805 University Drive, Moon Twp, PA 15108-4212 |
| 5583975 | + | N&S Shenango Jnt Municipal Auth, 3334 Water Trail Dr, Jamestown, PA 16134-4412 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5583966 | + | Email/Text: dmiller@statecollegepa.us | Jan 19 2024 18:43:00 | Borough of State College, Dept of Public Works - Refuse, 243 S Allen Street, State College, PA 16801-4806 |
| 5583968 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 19 2024 18:43:00 | Carrington Mortgage Services LLC, Attn Research, PO Box 5001, Westfield, IN 46074-5001 |
| 5583967 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 19 2024 18:46:08 | Capital One Mastercard, PO Box 71087, Charlotte, NC 28272-1087 |
| 5590521 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 19 2024 18:45:53 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5583970 | | Email/Text: mklemm@co.crawford.pa.us | Jan 19 2024 18:43:00 | Crawford County Tax Claim Bureau, Crawford County Courthouse, 903 Diamond Square, Meadville, PA 16335-2640 |
| 5583972 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 19 2024 18:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5583973 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 19 2024 18:46:47 | Mastercard Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 5583976 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 19 2024 18:43:00 | PA Dept of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5584586 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 19 2024 18:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5583969 | | Columbia Gas of PA, Removed per entry 15 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2024　　　　Signature:　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor Wells Fargo Bank N.A., as Trustee for Carrington Mortgage Loan Trust Series 2006-FRE1 Asset-Backed Pass-Through Certificates mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Glen Llewellyn Jenkins,       Chapter     13

**Debtor 1**

Case No.     4:23−bk−02808−MJC

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: February 12, 2024<br><br>Time: 11:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701<br>570−831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 19, 2024 |

ntnew341 (09/23)