United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                           Case No. 23-02808-MJC

Glen Llewellyn Jenkins                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-4 | User: AutoDocke | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 16, 2024 | Form ID: ortext | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Glen Llewellyn Jenkins, PO Box 914, State College, PA 16804-0914 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2024                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor Wells Fargo Bank  N.A., as Trustee for Carrington Mortgage Loan Trust Series 2006-FRE1 Asset-Backed Pass-Through Certificates mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Glen Llewellyn Jenkins                          Chapter: 13

**Debtor 1**                          Case number: 4:23−bk−02808−MJC

# ORDER

Order − After Confirmation Hearing held on 05/16/2024, at which the Debtor did appear, IT IS ORDERED that Debtor is directed to serve a copy of his First Amended Plan upon all creditors and parties in interest and file a Certificate of Service to the case docket within five (5) days from the date hereof. Upon the filing of the Certificate of Service, the Clerk is directed to provide Notice of Confirmation Hearing on the First Amended Plan to all creditors and parties in interest. IT IS SO ORDERED on 5/16/2024. /s/Mark J. Conway (RE: related document(s)29, 43, 52). (Ratchford, Patricia)

Order Text Entries (Form ortext) (2/19)