CERTIFICATE OF SERVICE

FILED
**May 21, 2024**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

    AND NOW, this 21st day of May 2024, I, Glen L. Jenkins, Debtor pro se, hereby certify that I have served a true and correct copy of my First Amended Chapter 13 Plan with Certificates of Service upon the following creditors and parties in interest, via 1st Class mail and/or electronically:

Borough of State College

Dept of Public Works – Refuse

243 S Allen Street State College, PA 16801

Capital One Mastercard

PO Box 71087

Charlotte, NC 28272-1087

Capital One, N.A.

by American InfoSource as agent

PO Box 71803

Charlotte, NC 28272-1083

Carrington Mortgage Services, LLC

Attn: Research

PO Box 5001 Westfield, IN 46074-5001

Crawford County Tax Claim Bureau

Crawford County Courthouse

903 Diamond Square

Meadville, PA 16335-2640

East End Food Cooperative FCU

7516 Meade Street

Pittsburgh, PA 15208-2549

Internal Revenue Service

PO Box 7346

Philadelphia, PA 19101-7346

Mastercard – Capital One

PO Box 71087

Charlotte, NC 28272-1087

Mastercard – Clearview FCU

8805 University Drive

Moon Twp, PA 15108-4212

N&S Shenango Jnt Municipal Authority

3334 Water Trail Drive

Jamestown, PA 16134

Pennsylvania Department of Revenue

Bankruptcy Division

PO Box 280946

Harrisburg, PA 17128-0946

Wells Fargo Bank, N.A., at. El

c/o Carrington Mortgage Services, LLC

1600 S. Douglass Road

Anaheim, CA 92806

| | |
|---|---|
| UNITED STATES TRUSTEE | U.S. BANKRUPTCY COURT |
| US COURTHOUSE | 197 S. MAIN STREET |
| 1501 NORTH 6TH STREET | WILKES-BARRE, PA 18701 |
| HARRISBURG, PA 17102-1104 | |

JACK N. ZARAHOPOULOS

ATTN: CHAPTER 13 TRUSTEE

SUITE A, 8125 ADAMS DRIVE

HUMMELSTOWN, PA 17036

I certify that the statements made in this certificate of service are true and correct.

Date: May 21, 2024

/s/ Glen L. Jenkins
Glen Llewellyn Jenkins, Debtor, pro se
4:23-bk-02808
814/222-5050
g.jenkins1@yahoo.com