In re:            Case No. 23-02808-MJC

Glen Llewellyn Jenkins            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4          User: AutoDocke          Page 1 of 2

Date Rcvd: May 21, 2024          Form ID: ntcnfhrg          Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Glen Llewellyn Jenkins, PO Box 914, State College, PA 16804-0914 |
| 5583971 | | East End Food Cooperative FCU, 7516 Meade Street, Pittsburgh, PA 15208-2549 |
| 5583974 | | Mastercard - Clearview FCU, 8805 University Drive, Moon Twp, PA 15108-4212 |
| 5583975 | + | N&S Shenango Jnt Municipal Auth, 3334 Water Trail Dr, Jamestown, PA 16134-4412 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5583966 | + | Email/Text: dmiller@statecollegepa.us | May 21 2024 18:34:00 | Borough of State College, Dept of Public Works - Refuse, 243 S Allen Street, State College, PA 16801-4806 |
| 5583968 | | Email/Text: BKBCNMAIL@carringtonms.com | May 21 2024 18:34:00 | Carrington Mortgage Services LLC, Attn Research, PO Box 5001, Westfield, IN 46074-5001 |
| 5583967 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 21 2024 18:41:41 | Capital One Mastercard, PO Box 71087, Charlotte, NC 28272-1087 |
| 5590521 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 21 2024 18:41:26 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5583970 | | Email/Text: mklemm@co.crawford.pa.us | May 21 2024 18:34:00 | Crawford County Tax Claim Bureau, Crawford County Courthouse, 903 Diamond Square, Meadville, PA 16335-2640 |
| 5583972 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 21 2024 18:34:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5583973 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 21 2024 18:41:33 | Mastercard Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 5583976 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 21 2024 18:34:00 | PA Dept of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5584586 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 21 2024 18:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5594810 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 21 2024 18:34:00 | Wells Fargo Bank, N.A., at. el, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5583969 | | Columbia Gas of PA, Removed per entry 15 |

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 2 of 2 |
| Date Rcvd: May 21, 2024 | Form ID: ntcnfhrg | Total Noticed: 14 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2024                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor Wells Fargo Bank  N.A., as Trustee for Carrington Mortgage Loan Trust Series 2006-FRE1 Asset-Backed Pass-Through Certificates mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Glen Llewellyn Jenkins,

**Debtor 1**

Chapter 13

Case No. 4:23−bk−02808−MJC

## Notice

The hearing on confirmation of the Amended Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 20, 2024** is the deadline for filing objections to confirmation of the Amended Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: June 27, 2024 Time: 10:00 AM |
|---|---|

A copy of the Amended Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701<br>570−831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 21, 2024 |

ntcnfhrg (08/21)