United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-02808-MJC |
| Glen Llewellyn Jenkins | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Jun 12, 2024 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Glen Llewellyn Jenkins, PO Box 914, State College, PA 16804-0914 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank N.A., as Trustee for Carrington Mortgage Loan Trust Series 2006-FRE1 Asset-Backed Pass-Through Certificates bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Glen Llewellyn Jenkins, | : | Case No. 4:23-02808-MJC |
| | : | |
| Debtor. | : | |

ORDER DENYING CONFIRMATION OF SECOND AMENDED
CHAPTER 13 PLAN FOR FAILURE TO COMPLY WITH ORDER

Upon consideration of Debtor's Second Amended Chapter 13 Plan, filed on May 29, 2024, Dkt. # 63 ("Second Amended Plan");

AND, Debtor having failed to file a certificate of service, this Court entered an Order on June 4, 2024 advising that a proper certificate of service must be filed on or before June 9, 2024, and that non-compliance may result in the denial of the Amended Chapter 13 Plan, without prejudice, and without further notice, Dkt. # 65 ("Order");

AND, a Certificate of Service not having been filed and receiving no response to the aforementioned Order, as of the date hereof; it is hereby

ORDERED that Confirmation of the Second Amended Plan is hereby DENIED WITHOUT PREJUDICE for failure to comply with said Order; and it is further

ORDERED that **Debtor shall file an Amended Plan with a proper certificate of service on or before June 26, 2024.**

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: June 12, 2024