UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLEN LLEWELLYN JENKINS | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| GLEN LLEWELLYN JENKINS | : | |
| Respondent | : | CASE NO. 4-23-bk-02808 |

### TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN

AND NOW, this 29th day of July 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor's Plan for the following reason(s):

1. The Trustee avers that Debtor's Plan is not feasible based upon the following:

    a. Insufficient Monthly Net Income as indicated on Schedules I and J.

    b. The Plan is underfunded relative to claims to be paid.

WHEREFORE, Trustee alleges and avers that Debtor's Plan cannot be confirmed and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of Debtor(s) Plan.
   b. Dismiss or convert Debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/Agatha R. McHale
Attorney for Trustee

## CERTIFICATE OF SERVICE

        AND NOW, this 29th day of July 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Glen Llewellyn Jenkins
P.O. Box 914
State College, PA 16804-0914

                                              /s/Tammy Life
                                              Office of Jack N. Zaharopoulos
                                              Standing Chapter 13 Trustee