**FILED**
**July 30, 2024**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

## PAYMENT HISTORY

| Date | Amount | Principal | Interest | Escrow | Late Charge | Fees | Suspense ❶ | Unpaid Principal Balance | Reason |
|---|---|---|---|---|---|---|---|---|---|
| 07/26/2024 | $1,356.55 | $204.26 | $1,152.29 | $0.00 | $0.00 | $0.00 | $0.00 | $283,437.07 | Payment |
| 07/26/2024 | $1,139.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,139.20 | $283,437.07 | Funds Received |
| 07/26/2024 | $2,265.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,265.78 | $283,641.33 | Funds Received |
| 07/26/2024 | $1,139.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Unapplied Funds (BK Funds) |
| 07/26/2024 | ($2,495.75) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Unapplied Funds (for sweeping) |
| 07/26/2024 | $2,265.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Unapplied Funds (for sweeping) |
| 05/20/2024 | $229.97 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $229.97 | $283,641.33 | Funds Received |
| 05/20/2024 | $229.97 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Unapplied Funds (for sweeping) |
| 02/09/2024 | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($21,021.30) | $0.00 | $0.00 | Collection of billed fee transaction |
| 02/09/2024 | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($20,986.30) | $0.00 | $0.00 | Collection of billed fee transaction |
| 02/09/2024 | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($21,001.30) | $0.00 | $0.00 | Collection of billed fee transaction |
| 11/08/2023 | ($2,084.83) | $0.00 | $0.00 | ($2,084.83) | $0.00 | $0.00 | $0.00 | $0.00 | Escrow Disbursement - Hazard Insurance |