United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                                          Case No. 23-02808-MJC
Glen Llewellyn Jenkins                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4                                User: AutoDocke                                      Page 1 of 1
Date Rcvd: Aug 08, 2024                         Form ID: ortext                                        Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Glen Llewellyn Jenkins, PO Box 914, State College, PA 16804-0914 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2024                          Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank N.A., as Trustee for Carrington Mortgage Loan Trust Series 2006-FRE1 Asset-Backed Pass-Through Certificates bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Glen Llewellyn Jenkins      Chapter: 13

**Debtor 1**      Case number: 4:23−bk−02808−MJC

# ORDER

Order Continuing hearing held on August 8, 2024 at 10:00am. (RE: related document(s)[88]). Hearing scheduled for 9/19/2024 at 10:00 AM at Max Rosenn US Courthouse, 197 South Main Street, Courtroom 2, Wilkes−Barre, PA 18701. IT IS SO ORDERED on 8/8/2024. /s/Mark J. Conway (Price, Lyndsey)

Order Text Entries (Form ortext) (2/19)