FILED
**September 5, 2024**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

carringtonmortgage.com/MyLoans/PaymentHistory?loanNumber=7000010344

# Carrington
mortgage services, llc

MAKE HOME WORK

MANAGE MY HOME ↓ | MANAGE MY MORTGAGE ↓ | ABOUT US | CAREERS | CONTACT US

DINERCOFFEE7 ∨

LEARNING CENTER

## PAYMENT HISTORY

🖶 PRINT THIS PAGE

Loan: 7000010344

**LOAN**
Loan Overview
Loan Summary

**PAYMENT**
History

**CUSTOMER REQUEST**
Billing & Tax Statements
Third Party Authorization
Mortgage Assistance Portal

| Date | Amount | Principal | Interest | Escrow | Late Charge | Fees | Suspense❔ | Unpaid Principal Balance | Reason |
|---|---|---|---|---|---|---|---|---|---|
| 08/29/2024 | $1,356.55 | $205.09 | $1,151.46 | $0.00 | $0.00 | $0.00 | $0.00 | $283,231.98 | Payment |
| 08/29/2024 | $1,356.55 | $205.92 | $1,150.63 | $0.00 | $0.00 | $0.00 | $0.00 | $283,026.06 | Payment |
| 08/29/2024 | $2,265.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,265.78 | $283,437.07 | Funds Received |
| 08/29/2024 | ($447.32) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Unapplied Funds (BK Funds) |
| 08/29/2024 | ($2,265.78) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Unapplied Funds (for sweeping) |
| 08/29/2024 | $2,265.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Unapplied Funds (for sweeping) |
| 07/26/2024 | $1,356.55 | $204.26 | $1,152.29 | $0.00 | $0.00 | $0.00 | $0.00 | $283,437.07 | Payment |

GO PAPERLESS
Be ready for next tax season

70°F Cloudy