**Carrington**

FILED
**September 9, 2024**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

MAKE HOME WORK

## APPLICATION FORM

If you are having difficulty making your mortgage payments, please complete and submit this application along with the required documentation detailed within this form.

You can submit completed applications and supporting documentation securely by logging into your account at www.CarringtonMortgage.com and selecting "Mortgage Assistance" on the left menu. If you prefer to mail your application and supporting documentation, please use the mailing address at the bottom of this form.

Once received, we will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents. All information provided will be used to help us identify any mortgage assistance you may be eligible to receive.

**For a list of HUD-approved housing counseling agencies that can provide foreclosure prevention information, please contact one of the following federal government agencies:**

The U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or www.hud.gov/counseling
The Consumer Financial Protection Bureau (CFPB) at 855-411-2372 or www.consumerfinance.gov/mortgagehelp

If you need assistance with translation or other language assistance, HUD-approved housing counseling agencies may be able to assist you. These services are provided without charge.

## HOMEOWNER INFORMATION

**LOAN #:** 7000010344

**BORROWER NAME:** Glen L. Jenkins

**SOCIAL SECURITY # (LAST 4 DIGITS):** 1889    **EMAIL:** g.jenkins1@yahoo.com

**PRIMARY PHONE:** 814/222-5050    ■ CELL ☐ HOME ☐ WORK ☐ OTHER

**ALTERNATE PHONE:** ☐ CELL ☐ HOME ☐ WORK ☐ OTHER

**CO-BORROWER NAME:**

**SOCIAL SECURITY # (LAST 4 DIGITS):**    **EMAIL:**

**PRIMARY PHONE:** ☐ CELL ☐ HOME ☐ WORK ☐ OTHER

**ALTERNATE PHONE:** ☐ CELL ☐ HOME ☐ WORK ☐ OTHER

**ADDITIONAL APPLICANT*:**

**SOCIAL SECURITY # (FULL SOCIAL):**    **EMAIL:**

**PRIMARY PHONE:** ☐ CELL ☐ HOME ☐ WORK ☐ OTHER

**ALTERNATE PHONE:** ☐ CELL ☐ HOME ☐ WORK ☐ OTHER

*FHA and USDA home loans will require additional applicants that apply and are approved for a loan modification and/or partial claim to be financially liable for the debt before the mortgage assistance option becomes effective and may be required to sign a loan assumption agreement.

*Is any borrower on active military duty (including National Guard and Reserves), the dependent of a borrower on active duty, or the surviving spouse of a member of the military who was on active duty at the time of death?*

## MORTGAGE ASSISTANCE APPLICATION TERMS OF AGREEMENT

1. I certify and acknowledge that all of the information in this Mortgage Assistance Application is truthful, and the hardship I identified contributed to my need for mortgage relief. Knowingly submitting false information may violate Federal and other applicable law.

2. I agree to provide my servicer with all required documents, including any additional supporting documentation as requested, and will respond in a timely manner to all servicer or authorized third party* communications.

3. I acknowledge and agree that my servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.

4. I consent to the servicer or authorized third party* obtaining a current credit report for applicants listed in this application.

5. I consent to the disclosure by my servicer, authorized third party,* or any investor/guarantor of my mortgage loan(s), of any personal information collected during the mortgage assistance process and of any information about any relief I receive, to any third party that deals with my first lien or subordinate lien (if applicable) mortgage loan(s), including Fannie Mae, Freddie Mac, or any investor, insurer, guarantor, or servicer of my mortgage loan(s) or any companies that provide support services to them, for purposes permitted by applicable law. Personal information may include, but is not limited to: (a) my name, address, telephone number, (b) my Social Security number, (c) my credit score, (d) my income, and (e) my payment history and information about my account balances and activity.

6. I agree that the terms of this borrower certification and agreement will apply to any modification trial period plan, repayment plan, or forbearance plan that I may be offered based on this application. If I receive an offer for a modification trial period plan or repayment plan, I agree that my first timely payment under the plan will serve as acceptance of the plan.

7. I consent to being contacted concerning this application for mortgage assistance at any telephone number, including mobile telephone number, or email address I have provided to the lender, servicer, or authorized third party.*

*An authorized third party may include, but is not limited to, a housing counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.*

## REQUIRED SIGNATURE SECTION FOR ALL APPLICANTS

BORROWER SIGNATURE:

DATE: 08 31 2024

CO-BORROWER SIGNATURE:

DATE:

ADDITIONAL APPLICANT SIGNATURE:

DATE: