FILED
**September 9, 2024**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

Back · Archive · Move · Delete · Spam

**Carrington Mortgage Services**
carringtonms.com

Visit site →

Yahoo/Inbox

Confirmation: Mortgage Assistance Application Submitted

**myloan@carringtonms.com** carringtonms.com
From: myloan@carringtonms.com
To: g.jenkins1@yahoo.com

Mon, Sep 9 at 4:04 AM

Dear Florence,

Thank you for submitting your request for mortgage assistance. You will receive a notice acknowledging receipt of your request within five (5) business days.

All notices concerning this request will be sent to the mailing address on file. General status updates will be available within the "Mortgage Assistance Portal" section of your account.

If you have any questions, please call 1-800-561-4567, Monday through Friday 8:00 AM - 9:00 PM Eastern Time.

Sincerely,

Carrington Mortgage Services, LLC

---

Confidentiality Notice: This message, including any attachment(s), may contain confidential information protected by law. The information contained herein is for the sole use of the intended recipient(s). If you have received this message in error, please contact the sender at the e-mail address listed above and destroy all copies of the original message, including any attachments. Thank you.

