FILED
**September 10, 2024**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

Email Us

# 1983-1996 Ford Bronco Tailgate Internals Kit

You may also like:

1980-1996 Ford Bronco Tailgate Shell $379.00

PROPOSITION 65

All New Tailgate Internal Parts Kit!! 1983-96 Ford Bronco

Detailed Description

This kit will have almost everything that you will need to put some new internal parts in your new or old Bronco tailgate.

KIT INCLUDES:

- Two tailgate latch rods
- The new tailgate latch control rod
- A new tailgate handle release assembly
- A new tailgate handle
- Six new latch rod clips
- The inner and outer weatherstrips and the new weatherstrip ends
- A new tailgate window regulator
- A new tailgate window motor
- Two new window regulator brackets (for the bottom of the window)
- A set of four new regulator bushings (for the bottom of the window)
- Two tailgate window tracks
- Two new bottom glass bumpers
- Two new tailgate check cables
- A new torsion bar and the two torsion bar brackets
- A new tailgate handle grommet
- Three new latch rod isolator clips
- Seven new internal screws

Does not include the tailgate lock cylinder, the tailgate latches, the tailgate wiring harness, or the tailgate window glass.

## Installation Video

1983, 1984, 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, Ford Bronco

This product fits the following: 1983 Bull Nose Bronco, 1984 Bull Nose Bronco, 1985 Bull Nose Bronco, 1986 Bull Nose Bronco, 1987 Brick Nose Bronco, 1988 Brick Nose Bronco, 1989 Brick Nose Bronco, 1990 Bricknose Bronco, 1991 Bricknose Bronco, 1992 OBS Bronco, 1993 OBS Bronco, 1994 OBS Bronco, 1995 OBS Bronco, 1996 OBS Bronco.

Recently Viewed Items