# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVNIA

| | |
|---|---|
| IN RE: GLEN LLEWELLYN JENKINS | CHAPTER 13 |
| Debtor | |
| | |
| GLEN LLEWELLYN JENKINS | |
| DEBTOR PRO SE | CASE NO: 4-23-02808-MJC |
| Movant | |
| | |
| vs. | |
| | |
| JACK N. ZAHAROPOULOS | CHAPTER 13 TRUSTEE |
| Respondent | |

FILED
**September 10, 2024**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

## MOTION OF DEBTOR REQUESTING COURT APPROVAL OF PERSONAL SIGNATURE LOAN APPLICATION

Date: September 9, 2024

/s/ Glen Llewellyn Jenkins, Debtor Pro Se, Movant

Case No. 4:23-bk-02808

Po Box 914

State College, PA 16804-0914

g.jenkins1@yahoo.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVNIA

---

| | |
|---|---|
| IN RE: GLEN LLEWELLYN JENKINS | CHAPTER 13 |
| Debtor | |
| | |
| GLEN LLEWELLYN JENKINS | |
| DEBTOR PRO SE | CASE NO: 4-23-02808-MJC |
| Movant | |
| | |
| vs. | |
| | |
| JACK N. ZAHAROPOULOS | CHAPTER 13 TRUSTEE |
| Respondent | |

## MOTION OF DEBTOR REQUESTING COURT APPROVAL OF PERSONAL SIGNATURE LOAN APPLICATION

1. Movant is Debtor pro se Glen L. Jenkins who has filed a Chapter 13 Bankruptcy case No. 4-23-bk-2808-MJC in the Middle District of PA.

2. Jack N. Zaharopoulos is the Trustee appointed by the Court.

3. Debtor is the owner of 335 S. Buckhout Street, State College, PA 16801, known as the premises mortgaged through Carrington Mortgage Services, LLC.

4. The Debtor is seeking immediate Court approval of a Personal Signature Loan

from the East End Food Cooperative FCU (EEFC FCU) in the amount of $2,000.00 for auto repair and supplies for his vehicle used for income generation in support of his pending Loan Modification application with Carrington Mortgage Services.

5. Debtor has a long-term association with EEFC FCU for personal loans and recently paid off one of two small balance loans through monthly payments, according to Chapter 13 guidelines.

    EEFC FCU has indicated they welcome my loan application and provided the attached letter and documents (paid off Promissory Note and Transactions Record with a zero balance).

6. Debtor has attached additional documentation of the needed vehicle tires and replacement tailgate showing initial purchase costs:

    a. Tires (5) purchase with mounting, balancing with Road Hazard Warranty at Walmart Auto Service = $635.84

    b. Tailgate shell = $379.00

    c. Tailgate Internals Kit = $625.00

    d. TOTAL = $1.639.84 (+ taxes and shipping)

    Note: The tire purchase and installation costs shown are likely firm, however the tailgate shell will incur additional tax and a heavy freight shipping charge, and

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVNIA

the Tailgate Internals Kit will incur tax and a regular shipping charge. The Debtor intends to hire local labor as needed. It is expected the loan amount sought of $2,000.00 should fully cover all costs.

WHEREFORE, the Debtor Movant prays this Court enters an Order granting the Debtor's Motion for the Court's approval of his Personal Signature Loan application.

Date: September 9, 2024

/s/ Glen Llewellyn Jenkins, Debtor Pro Se, Movant

Case No. 4:23-bk-02808

Po Box 914

State College, PA 16804-0914

g.jenkins1@yahoo.com

VERIFICATION

I verify that the statements made in this **MOTION OF DEBTOR REQUESTING COURT APPROVAL OF HIS PERSONAL SIGNATURE LOAN APPLICATION** are true and correct. I understand that false statements herein are made subject to the penalties relating to unsworn falsification to authorities.

Date: September 9, 2024

/s/ Glen Llewellyn Jenkins, Debtor, pro se Movant
4:23-bk-02808
814/222-5050
g.jenkins1@yahoo.com

## CERTIFICATE OF SERVICE

I, Glen L. Jenkins, Debtor pro se, hereby certify that on the 9th day of September 2024, I served electronically the following with a true and correct copy of the **MOTION OF DEBTOR REQUESTING COURT APPROVAL OF HIS PERSONAL SIGNATURE LOAN APPLICATION** on the following parties:

UNITED STATES TRUSTEE
US COURTHOUSE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG, PA 17102
info@pamd13trustee.com

TRUSTEE JACK N. ZAHAROPOULOS
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036
info@pamd13trustee.com

US BANKRUPTCY COURT
MAX ROSENN US COURTHOUSE
197 S. MAIN STREET
WILKES-BARRE, PA 18701

AGATHA R. MCHALE, ESQ.
OFFICE OF CHAPTER 13 TRUSTEE
JACK N. ZAHAROPOULOS
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036
amchale@pamd13trustee.com

BRENT LEMON, ESQ.
KML LAW GROUP, P.C.
ASSOCIATE ATTORNEY-BANKRUPTCY
blemon@kmllawgroup.com   Direct Number: (412) 475-8764
Kmllawgroup.com   Main Number: (215) 627-1322

I certify that the statements made in this certificate of service are true and correct.

Date: September 9, 2024    /s/ Glen L. Jenkins Debtor pro se, Movant

Case No. 4:23-bk-02808

814/222-5050

g.jenkins1@yahoo.com