

# THE EAST END FOOD CO-OP FEDERAL CREDIT UNION

## PROMISSORY NOTE # 765

**Member Name:** Glen Jenkins; **Account No.** 837
**Principal Amount:** $2,968.85

May 12, 2021

For value received, I/We jointly and severally, promise to pay to the **East End Food Co-op Federal Credit Union**, or order, the sum of **Two-Thousand, Nine-Hundred, Sixty-Eight and 85/100 Dollars** payable in **36** installments of **Ninety-Seven and 35/100 Dollars** each, including interest on the unpaid balance at a rate of **0.91667** percent per month; the first payment to be made on **June 16th, 2021** and a like amount every month thereafter until the full amount has been paid.

**Collateral:** Signature

I/We, the undersigned, hereby pledge all shares and payments on shares which I/We now have or hereafter may have, whether held individually, jointly with the undersigned or others, or in any other manner whatsoever as security for this loan. This pledge is given to secure the payment of the loan and interest, fines, costs or expenses that may accrue thereon, and I/We hereby authorize this Credit Union to apply and or all such paid shares and payments on shares to the payment of said loan and interest, fines, costs, or expenses.

In the case of any default in payments as hereby agreed, the entire balance of this note shall become immediately due and payable, at the option of the holder.

Each party to this note, whether as maker, endorser or guarantor, severally waives presentment for payment, demand, protests and notice of protest and dishonor of the same. The Credit Union may report information about this account to credit bureaus. Late payments, missed payments, or other defaults on this account may be reflected in the credit report of each party to this note.

It is further agreed by each party hereto, that in case payment shall not be made at maturity, s/he shall pay collection charges or attorney fees in an amount equal to twenty percent of the principal and interest due on this note, but such charge in no event to be less than twenty-five dollars.

Witness my/our hand and seal the day and year afore said.

**Maker (Print Name):** Glen L. Jenkins  **Maker (Signature):** [signature]
**Address:** PO Box 254, State College, PA 16804-0254

**Witness** [signature]

~~PAID IN FULL~~