# East End Food Cooperative Federal Credit Union
7516 Meade Street, Pittsburgh, PA 15208     (412) 243-7574

FILED
**September 10, 2024**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

Glen Jenkins                                                       September 9, 2024
PO Box 914
State College, PA 16804

## Loan Account Update

Dear Glen,

This letter serves to verify that your Signature Loan, Note #765 – original amount $2,968.85, has been paid in full. Please see the attached promissory note.

Additionally, your used auto loan principal has been paid down to $1,826.72 from an original amount of $4,000. Your current past amount is $370.02 but we appreciate your consistent payments and progress catching up.

Based on your consistent payments, your completing payments on the Signature Loan, and your long-standing relationship with the credit union, you are welcome to submit an application for a new Signature Loan for up to $2,000 with the credit union. Our Credit Committee would have final deciding power on the application.

With thanks for your continuing partnership,

*Kirsten Rokke*

General Manager, East End Food Cooperative Federal Credit Union
7516 Meade Street
Pittsburgh, PA 15208
412-243-7574; k.rokke@eefcfcu.org