

## Transaction Inquiry — SIGNATURE LOAN

Account #: 837-501 SIGNATURE LOAN
Name: GLEN L JENKINS
Current balance: 0.00
Available: 0.00

| Business Date | Activity Date | Activity Time | Amount | Interest | Balance | Description | Transfer Acct | ID |
|---|---|---|---|---|---|---|---|---|
| 6/14/23 | 6/14/23 | 14:06:39 | 97.35- | 24.57 | 1,209.27 | LOAN PMT TRANSFER | 837-000 | KR |
| 7/22/23 | 7/22/23 | 11:45:25 | 97.35- | 13.68 | 1,125.60 | LOAN PMT TRANSFER | 837-000 | KR |
| 11/08/23 | 11/08/23 | 10:35:08 | 97.35- | 37.06 | 1,065.31 | LOAN PMT TRANSFER | 837-000 | KR |
| 12/04/23 | 12/04/23 | 13:02:29 | 97.35- | 8.32 | 976.28 | LOAN PMT TRANSFER | 837-000 | BW |
| 12/06/23 | 12/06/23 | 12:13:31 | 97.35 | 8.32 | 1,065.31 | REV LOAN TRANFER PMT | | RH |
| 12/07/23 | 12/07/23 | 15:10:40 | 97.35- | 9.22 | 977.18 | LOAN PMT TRANSFER | 837-000 | BW |
| 12/26/23 | 12/26/23 | 14:16:02 | 97.35- | 5.51 | 885.34 | LOAN PMT TRANSFER | 837-000 | KR |
| 1/12/24 | 1/12/24 | 10:23:37 | 97.35- | 4.59 | 792.58 | LOAN PMT TRANSFER | 837-000 | KR |
| 2/28/24 | 2/28/24 | 15:38:16 | 97.35- | 11.28 | 706.51 | LOAN PMT TRANSFER | 837-000 | KR |
| 2/29/24 | 2/29/24 | 14:42:28 | 97.35- | 0.21 | 609.37 | LOAN PMT TRANSFER | 837-000 | KR |
| 3/20/24 | 3/20/24 | 10:35:09 | 97.32- | 3.60 | 515.65 | LOAN PMT TRANSFER | 837-000 | KR |
| 5/29/24 | 5/29/24 | 12:39:23 | 97.32- | 10.50 | 428.83 | LOAN PMT TRANSFER | 837-000 | KR |
| 5/31/24 | 5/31/24 | 13:47:16 | 97.32- | 0.26 | 331.77 | LOAN PMT TRANSFER | 837-000 | KR |
| 7/02/24 | 7/02/24 | 14:06:30 | 97.32- | 3.20 | 237.65 | LOAN PMT TRANSFER | 837-000 | KR |
| 7/23/24 | 7/23/24 | 12:03:18 | 97.32- | 1.47 | 141.80 | LOAN PMT TRANSFER | 837-000 | KR |
| 9/09/24 | 9/09/24 | 11:22:56 | 143.72- | 1.92 | 0.00 | LOAN PMT TRANSFER | 837-000 | KR |

Highlighted rows indicate transactions that have been suppressed from the statement.

EE (3774) 9/09/24

FILED
**September 10, 2024**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

Case 4:23-bk-02808-MJC    Doc 100    Filed 09/10/24    Entered 09/10/24 09:32:34    Desc Main Document    Page 1 of 1