

**Carrington mortgage services, llc**
NMLS ID #2600

1600 South Douglass Road, Suites 110 & 200-A
Anaheim, CA 92806
1-800-561-4567

Loan Number: 7000010344
Notice Date: 09/10/2024
Mortgage Assistance Acknowledgement Notice

Your Application is **INCOMPLETE**

FLORENCE Q JENKINS
PO BOX 914
STATE COLLEGE    PA 16804-0914

**Property Address:**
335 S. BUCKHOUT ST
STATE COLLEGE    PA 16801

Thank you for your request for mortgage assistance. Carrington Mortgage Services, LLC ("Carrington") is committed to providing support at every step of your homeownership journey, wherever you may be.

Carrington received your initial mortgage assistance application on **09/09/2024**; however, we need additional and/or updated documentation if certain documents are more than 90 calendar days old and can no longer be used. To determine your eligibility for mortgage assistance, Carrington must receive the following documentation no later than **10/10/2024**:

- Borrower: Two most recent bank statements showing receipt of rental income; **OR** two most recent deposited rent checks to verify rental income disclosed on your Mortgage Assistance Application. <u>Note</u>: If you have rental income from properties with loan balances with other lenders, please include your most recent non-Carrington mortgage billing statement.
- Two most recent bank statements showing other income

Please submit all requested documentation to Carrington using one of the methods below. If you choose to submit the requested documentation by mail, please include your loan number on each page.

**Online:**    Login at **www.CarringtonMortgage.com**
            Select "**Mortgage Assistance Portal**" on the left menu

**Mail:**    Carrington Mortgage Services, LLC
       Loss Mitigation Department
       1600 South Douglass Road
       Suites 110 & 200-A
       Anaheim, CA 92806

> FILED
> **September 19, 2024**
> Clerk, U.S. Bankruptcy Court
> Middle District of Pennsylvania
> Wilkes-Barre

If you have additional questions, please visit www.CarringtonMortgage.com and select "Manage My Mortgage," then "Mortgage Assistance" at the top of the page or contact our customer service team at 1-800-561-4567, Monday through Friday from 8:00 AM - 9:00 PM Eastern Time.

**IMPORTANT INFORMATION**

- Failure to submit all required documentation by **10/10/2024** may result in ineligibility for mortgage assistance and, unless prohibited by law, any applicable foreclosure actions will continue.
- If your loan is delinquent, attempts to collect past due amounts may continue up to and including any pending foreclosure action; however, once we are in receipt of your complete

mortgage assistance application, we will not initiate foreclosure action or proceed to foreclosure sale while we consider and evaluate your request.

- Once we receive your complete mortgage assistance application, we will notify you of our decision, in writing, within 30 calendar days. Please be advised that if we receive a complete application 37 calendar days or less before a scheduled foreclosure sale, there is no guarantee we can evaluate you for a foreclosure prevention alternative in time to stop the foreclosure sale. Even if we are able to approve you prior to sale, a court with jurisdiction over the foreclosure proceeding (if any) or public official charged with carrying out the sale may not halt the scheduled sale.
- If you have additional mortgage loans secured by the same property, please consider contacting those servicers to discuss available mortgage assistance options.
- By submitting a request for mortgage assistance, you consent to being contacted concerning this request at any telephone number, including mobile telephone number, or email address provided to Carrington. If you previously requested Carrington to cease and desist communication, your request for mortgage assistance authorizes Carrington to contact you concerning your request or account status updates following initial request at the telephone number, or email address that has been provided by you or an authorized third party acting on your behalf.

We are here to help. If you have questions, please contact our customer service team or visit www.CarringtonMortgage.com.

Phone: 1-800-561-4567
Hours: Monday through Friday from 8:00 AM - 9:00 PM Eastern Time

Sincerely,

Loss Mitigation Department
Carrington Mortgage Services, LLC
www.CarringtonMortgage.com

HM691_06/11/2024  7000010344  Page 2 of 2
Case 4:23-bk-02808-MJC   Doc 109   Filed 09/19/24   Entered 09/19/24 09:15:05   Desc
Main Document    Page 2 of 4

# Carrington mortgage services, llc
NMLS ID #2500

**IMPORTANT DISCLOSURES**

**VERBAL INQUIRIES & COMPLAINTS-**
For verbal inquiries and complaints about your mortgage loan, please contact the CUSTOMER SERVICE DEPARTMENT for Carrington Mortgage Services, LLC, by calling 1-800-561-4567. The CUSTOMER SERVICE DEPARTMENT for Carrington Mortgage Services, LLC is toll free and you may call from 8:00 a.m. to 9:00 p.m. Eastern Time, Monday through Friday. You may also visit our website at https://carringtonmortgage.com/.

**IMPORTANT BANKRUPTCY NOTICE-**
If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely provides informational notice regarding the status of the loan. If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney.

**CREDIT REPORTING AND DIRECT DISPUTES-**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. If you have concerns regarding the accuracy of any information contained in a consumer report pertaining to this account, you may send a direct dispute to Carrington Mortgage Services, LLC by fax to 1-800-486-5134 or in writing to Carrington Mortgage Services, LLC, and Attention: Customer Service, P.O. Box 5001, Westfield, IN 46074. Please include your loan number on all pages of the correspondence.

**MINI MIRANDA-**
This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**HUD COUNSELOR INFORMATION-**
If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership counselors or counseling organizations in your area by calling the HUD nationwide toll-free telephone number at 1-800-569-4287 or toll-free TDD 1-800-877-8339, or by going to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You can also contact the CFPB at 1-855-411-2372, or by going to www.consumerfinance.gov/find-a-housing-counselor.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE-**
The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers Carrington Mortgage Services, LLC's compliance with this law is the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

**SCRA DISCLOSURE-**

**MILITARY PERSONNEL/ SERVICEMEMBERS:**
If you or your spouse is a member of the military, please contact us immediately.
The federal Servicemembers Civil Relief Act and comparable state laws afford significant protections and benefits to <u>eligible</u> military service personnel, including protections from foreclosure as well as interest rate relief. For additional information and to determine eligibility please contact our Military Assistance Team toll free at 1-888-267-5474.

**NOTICES OF ERROR AND INFORMATION REQUESTS, QUALIFIED WRITTEN REQUESTS (QWR)-**
Written complaints and inquiries classified as Notices of Error and Information Requests or QWRs must be submitted to Carrington Mortgage Services, LLC by fax to 1-800-486-5134, or in writing to Carrington Mortgage Services, LLC, and Attention: Customer Service, P.O. Box 5001, Westfield, IN 46074. Please include your loan number on all pages of the correspondence. You have the right to request documents we relied upon in reaching our determination. You may request such documents or receive further assistance by contacting the Customer Service Department for Carrington Mortgage Services, LLC toll free at 1-800-561-4567, Monday through Friday, 8:00 a.m. to 9:00 p.m. Eastern Time. You may also visit our website at https://carringtonmortgage.com/.

**CALIFORNIA:**
Carrington Mortgage Services, LLC is licensed by the Department of Financial Protection and Innovation under the California Residential Mortgage Lending Act, File No. 413 0904.

# Carrington mortgage services, llc
NMLS ID #2600

**IMPORTANT DISCLOSURES**

**COLORADO Residents Only:**
7200 S. Alton Way, Ste B180, Centennial, CO 80112,
1-303-708-8795

**HAWAII Residents Only:**
Carrington Mortgage Services, LLC is licensed with the State of Hawaii Division of Financial Institutions. You may file complaints about Carrington Mortgage Services, LLC with the Commissioner of Financial Institutions by calling 1-808-586-2820 or visiting the division's website for consumer complaints at http://cca.hawaii.gov/dfi/file-a-complaint/. For a list of standard or common loan servicing fees charged by Carrington Mortgage Services, LLC, please visit the website at http://www.carringtonmortgage.com/schedule-of-fees.

**MASSACHUSETTS:**
NOTICE OF IMPORTANT RIGHTS YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.

**NEW YORK:**
New York City Department of Consumer Affairs Debt Collection Agency License Numbers: 1264739-DCA; 2101449-DCA; 2027784-DCA; & 2027786-DCA. This Collection agency is licensed by the City of Buffalo license numbers: CAG11-555177; CAG11-555176; CAG15-10033598 & CAG21-10059681.City of Yonkers Debt Collection Agency License Numbers: 9717; 10562; 9837 & 9826

**For New York Residents Only:**
You may file complaints about Carrington Mortgage Services, LLC with the New York State Department of Financial Services. You may obtain further information from the New York State Department of Financial Services about the availability of housing counseling services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.
Carrington Mortgage Services, LLC is registered with the Superintendent of the New York State Department of Financial Services. Carrington Mortgage Services, LLC remains responsible for all actions taken by third-party service providers authorized by Carrington Mortgage Services, LLC to act on its behalf regarding the servicing of your loan.

**NORTH CAROLINA:**
Carrington Mortgage Services, LLC is licensed under North Carolina Secure and Fair Enforcement Mortgage Licensing Act and holds North Carolina Collection Agency Licenses: Main Office: 1600 South Douglass Road, Suites 110 & 200-A, Anaheim, CA 92806 – **Permit Company # 119503179** / Branch Offices: 19800 East Street, Suite 200, Westfield, IN 46074 – **Permit Company # 119503980**; 6200 Tennyson Parkway, Suite 110-B, Plano, TX 75024 – **Permit Company # 119506645** & 800 Crescent Centre Drive, Suite 300, Franklin, TN 37067 – **Permit Company # 516535120**.

**OREGON:**
Borrowers: The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, please contact Carrington Mortgage Services, LLC toll-free at 1-800-561-4567. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at 1-888-877-4894 or visit http://dfr.oregon.gov.

**TENNESSEE:**
This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**TEXAS:**
Notice to Texas Residents: COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE TEXAS DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TEXAS 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 1-877-276-5550.
A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.