FILED
**November 21, 2024**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVNIA

| | |
|---|---|
| IN RE: GLEN LLEWELLYN JENKINS | CHAPTER 13 |
| Debtor | |
| | |
| GLEN LLEWELLYN JENKINS | |
| DEBTOR PRO SE | CASE NO: 4-23-02808-MJC |
| Movant | |
| vs. | |
| JACK N. ZAHAROPOULOS | CHAPTER 13 TRUSTEE |
| Respondent | |

### MOTION OF DEBTOR REQUESTING COURT APPROVAL OF CONVERSION OF HIS CASE FROM CHAPTER 13 TO CHAPTER 7.

Date: November 20, 2024    /s/ Glen Llewellyn Jenkins, Debtor Pro Se, Movant

Case No. 4:23-bk-02808

Po Box 914

State College, PA  16804-0914

g.jenkins1@yahoo.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVNIA

---

| | |
|---|---|
| IN RE: GLEN LLEWELLYN JENKINS | CHAPTER 13 |
| Debtor | |
| | |
| GLEN LLEWELLYN JENKINS | |
| DEBTOR PRO SE | CASE NO: 4-23-02808-MJC |
| Movant | |
| vs. | |
| JACK N. ZAHAROPOULOS | CHAPTER 13 TRUSTEE |
| Respondent | |

## MOTION OF DEBTOR REQUESTING COURT APPROVAL OF CONVERSION OF HIS CASE FROM CHAPTER 13 TO CHAPTER 7.

1. Movant is Debtor pro se Glen L. Jenkins who has filed a Chapter 13 Bankruptcy case No. 4-23-bk-2808-MJC in the Middle District of PA.

2. Jack N. Zaharopoulos is the Trustee appointed by the Court.

3. The Debtor is seeking immediate Court approval of his request to convert his Chapter 13 Bankruptcy case to a Chapter 7 case.

WHEREFORE, the Debtor Movant prays this Court enters an Order granting the Debtor's Motion for the Court's approval of his request to convert his Chapter 13 Bankruptcy case to a Chapter 7 case.

Date:  November 20, 2024   /s/ Glen Llewellyn Jenkins, Debtor Pro Se, Movant

Case No. 4:23-bk-02808

Po Box 914

State College, PA  16804-0914

g.jenkins1@yahoo.com