FILED
**November 21, 2024**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

## IN THE UNITED STATES BANKRUPTY COURT

## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: GLEN LLEWELL JENKINS          CHAPTER 13

      GLEN LLEWELLYN JENKINS

           DEBTOR PRO SE         CASE NO: 4-23-02808-MJC

           Movant

           vs.

      JACK N. ZAHAROPOULOS

           Trustee

        Respondent

### CERTIFICATE OF SERVICE

I, Glen L. Jenkins, Debtor, hereby affirm that on the 20st day of November, I served the following entities with a true and correct copy of the Motion Requesting Approval of Conversion of Case from Chapter 13 to Chapter 7 by the Court's EDSS/ECF system:

United States Trustee
info@pamd13trustee.com

Trustee Jack N. Zaharopoulos
info@pamd13trustee.com

Agatha R. McHale, Esquire
Office of Chapter 13 Trustee
amchale@pamd13trustee.com

Brent Lemon, Esquire
KML Law Group P.C.
blemon@lmllawgroup.com

Date: November 20, 2024

/s/Glen Llewellyn Jenkins
Glen Llewellyn, Debtor
814-222-5050
g.jenkins1@yahoo.com