FILED
**November 21, 2024**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

**IN THE UNITED STATES BANKRUPTY COURT**

**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: GLEN LLEWELL JENKINS                          CHAPTER 13


      GLEN LLEWELLYN JENKINS

         DEBTOR PRO SE                          CASE NO: 4-23-02808-MJC

      Movant


      vs.


      JACK N. ZAHAROPOULOS

         Trustee

      Respondent

VERIFICATION


     I verify that the statements made in this Motion Requesting Approval of Conversion of Case from Chapter 13 to Chapter 7 are true and correct to the best of my knowledge. I make this Verification based upon my personal knowledge. I understand that this verification is made subject to the penalties relating to unsworn falsifications to authorities.


Date: November 20, 2024                          /s/Glen Llewellyn Jenkins
                                       Glen Llewellyn, Debtor
                                       814-222-5050
                                       g.jenkins1@yahoo.com